AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KESHA RONA COGGINS,<br>    Plaintiff,<br><br>  v.<br><br>DRISS HEUYOUKANE, DC FRYER, DC PAYNE,<br>MATTHEW MARTIN, IAN BURLINGHAM,<br>STEVEN CRIPPS,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-319-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the plaintiff's Motion to Proceed *In Forma Pauperis* is ALLOWED, but plaintiff's complaint is DISMISSED as frivolous.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 6, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Kesha Rona Coggins
1199 Rectory Street
Oxford, NC 27565


| | |
|---|---|
| November 6, 2007 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |